**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-23908-GAYLES

FILED BY ___PE___ D.C.

Oct 17, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA
*ex rel.* MAERSK LINE, LTD.

    Plaintiff

vs.

ACCELERATED INTERNTAIONAL FORWARDERS; ACE RELOCATION SYSTEMS INC.; ALLIED INTERNATIONAL NA, INC.; ATLAS WORLD GROUP INTERNATIONAL; CAROTRANS INTERNATIONAL, INC.; CHAMPION INTERNATIONAL MOVING; CONTINENTAL VAN LINES; ECONOCARIBE CONSOLIDATORS INC.; EFFORT ENTERPRISES OF INDIANA, INC.; GRIDIRON FORWARDING CO., INC.; M&S LOGISTICS; OL USA LLC; ROSE MARITIME CONTAINER LINE; SEA EXPRESS AMERICA CORPORATION; SEA SHIPPING LINE; SEE-SPED USA INC.; SHIPCO TRANSPORT INC.; STEVENS FORWARDERS; SUDDATH RELOCATION SERVICES; VANGUARD LOGISTICS; AND XPT LOGISTICS

    Defendants

**FILED *EX PARTE*
AND UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

### RELATOR'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Relators, MAERSK LINE, LTD. ("Relator"), through its undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(l)(A)(i), hereby files this Notice of Dismissal Without Prejudice of the Complaint and this action, and state as follows:

1. Relator brought the instant case under the *qui tam* provisions of the False Claims Act on behalf of the United States of America against Defendants, for treble damages and civil penalties arising from the Defendants' alleged false claims in violation of the False Claims Act, 31 U.S.C. § 3729, *et seq.*

2. The Relator's *qui tam* Complaint was filed under seal and remained under seal while the United States investigated the allegations contained therein.

3. Relator now files this Notice of Voluntary Dismissal Without Prejudice to dismiss the complaint and this case. Under the provisions of the False Claims Act, because of the seal, the Defendants have not been served at this time.

4. Consent on the part of the United States Government is required to dismissal of the False Claims Act claims pursuant to the False Claims Act, 31 U.S.C. § 3729, *et seq*.

5. Relator is advised that counsel for the United States will be filing an appropriate notice with the Court and proposed order.

Dated: October 17, 2022                    Respectfully Submitted,

*/s/ A. Eisenberg*
_____
Arielle S. Eisenberg (FL Bar. No. 0111467)
COZEN O'CONNOR
200 South Biscayne Blvd., Suite 3000
Miami, FL 33131
Telephone: (786) 871-3953
Facsimile: (786) 220-0472
Email: aeisenberg@cozen.com

Nicole H. Sprinzen (pro hac vice forthcoming)
Thomas J. Ingalls (pro hac vice forthcoming)
COZEN O'CONNOR
1200 19th Street NW, Suite 300
Washington, DC 20036
Telephone: (202) 471-3451
Facsimile: (202) 499-2941
Email: nsprinzen@cozen.com
Email: tingalls@cozen.com

Attorneys for Relator Maersk Line, Ltd.