**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____PE_____ D.C.

Oct 17, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO.: 1:21-cv-23908-GAYLES

UNITED STATES OF AMERICA
*ex rel.* MAERSK LINE, LTD.

    Plaintiff

vs.

ACCELERATED INTERNTAIONAL FORWARDERS; ACE RELOCATION SYSTEMS INC.; ALLIED INTERNATIONAL NA, INC.; ATLAS WORLD GROUP INTERNATIONAL; CAROTRANS INTERNATIONAL, INC.; CHAMPION INTERNATIONAL MOVING; CONTINENTAL VAN LINES; ECONOCARIBE CONSOLIDATORS INC.; EFFORT ENTERPRISES OF INDIANA, INC.; GRIDIRON FORWARDING CO., INC.; M&S LOGISTICS; OL USA LLC; ROSE MARITIME CONTAINER LINE; SEA EXPRESS AMERICA CORPORATION; SEA SHIPPING LINE; SEE-SPED USA INC.; SHIPCO TRANSPORT INC.; STEVENS FORWARDERS; SUDDATH RELOCATION SERVICES; VANGUARD LOGISTICS; AND XPT LOGISTICS

    Defendants

**FILED *EX PARTE*
AND UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

## UNITED STATES OF AMERICA'S NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE

On October 17, 2022, Relator Maersk Line, Ltd. filed its Notice of Voluntary Dismissal Without Prejudice (D.E. 13) requesting that the Court dismiss this matter without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) (D.E. 12).

1.     An action filed under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3733, "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1).

2.     Pursuant to 31 U.S.C. § 3730(b)(1), the United States hereby consents to the dismissal of this action, so long as the dismissal is without prejudice to the United States and Relator.

3. The United States will be filing this day a Notice regarding unsealing this case and certain filings and maintaining a permanent seal on Docket Entry No. 8 and as to closing this case thereafter.

4. A proposed order on dismissal accompanies this notice.

| | |
|---|---|
| **Dated: October 17, 2022** | **Respectfully submitted,** |
| **BRIAN M. BOYNTON**<br>**PRINCIPAL DEPUTY ASSISTANT**<br>**ATTORNEY GENERAL** | **JUAN ANTONIO GONZALEZ**<br>**UNITED STATES ATTORNEY** |
| | James A. Weinkle<br>*Digitally signed by James A. Weinkle*<br>*Date: 2022.10.17 12:03:21 -04'00'* |
| **Jamie Ann Yavelberg**<br>**Natalie Waites**<br>**Danielle M. Rowan**<br>**Attorneys, Department of Justice**<br>**Civil Division**<br>Post Office Box 261<br>Ben Franklin Station<br>Washington, DC 20044 | **James A. Weinkle**<br>**Florida Bar No. 0710891**<br>**Assistant United States Attorney**<br>**Office of the United States Attorney**<br>Alto Lee Adams Federal Courthouse<br>101 S. U.S. Highway One, Suite 3100<br>Fort Pierce, FL 34950 |
| Tel.: 202.305.7726 | Tel.: 772.293.0945 |
| Email: Danielle.M.Rowan@usdoj.gov | Email: James.Weinkle@usdoj.gov |
| **Counsel for United States** | **Counsel for United States** |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 17, 2022, a copy of the foregoing United States of America's Notice of Consent, was filed under seal and served by email upon all parties on the attached Service List.

**Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants because this case is still under seal.**

By: James A. Weinkle
*Digitally signed by James A. Weinkle*
*Date: 2022.10.17 12:02:40 -04'00'*
**James A. Weinkle**
**Assistant United States Attorney**

## SERVICE LIST

*United States of America, ex rel. Maersk Line, Ltd.*
Case No.: 1:21-cv-23908-GAYLES
United States District Court, Southern District of Florida

| | |
|---|---|
| **James A. Weinkle**<br>**Assistant United States Attorney**<br>**Office of the United States Attorney**<br>**Southern District of Florida**<br>99 N.E. 4th Street, Third Floor<br>Miami, FL 33132<br>Email: James.Weinkle@usdoj.gov<br><br>*Counsel for the United States of America* | **Danielle Rowan**<br>**Trial Attorney**<br>**U.S. Department of Justice**<br>**Civil Division**<br>**P.O. Box 261, Ben Franklin Station**<br>**Washington, DC 20044**<br><br>Email: Danielle.M.Rowan@usdoj.gov<br><br>*Counsel for the United States of America* |
| **Nicole H. Sprinzen (*pro hac vice* forthcoming)**<br>**Thomas J. Ingalls (*pro hac vice* forthcoming)**<br>COZEN O'CONNOR<br>1200 19th Street NW, Suite 300<br>Washington, DC 20036<br>Telephone: (202) 471-3451<br>Facsimile: (202) 499-2941<br>Email: nsprinzen@cozen.com<br>Email: tingalls@cozen.com<br><br>*Counsel for Relator* | **Arielle S. Eisenberg (FL Bar No. 0111467)**<br>COZEN O'CONNOR<br>200 South Biscayne Blvd., Suite 3000<br>Miami, FL 33131<br>Telephone: (786) 871-3953<br>Facsimile: (786) 220-0472<br>Email:  aeisenberg@cozen.com<br><br>*Counsel for Relator* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-23908-GAYLES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* MAERSK LINE, LTD.<br><br>   Plaintiff<br> vs.<br><br>ACCELERATED INTERNTAIONAL FORWARDERS; ACE RELOCATION SYSTEMS INC.; ALLIED INTERNATIONAL NA, INC.; ATLAS WORLD GROUP INTERNATIONAL; CAROTRANS INTERNATIONAL, INC.; CHAMPION INTERNATIONAL MOVING; CONTINENTAL VAN LINES; ECONOCARIBE CONSOLIDATORS INC.; EFFORT ENTERPRISES OF INDIANA, INC.; GRIDIRON FORWARDING CO., INC.; M&S LOGISTICS; OL USA LLC; ROSE MARITIME CONTAINER LINE; SEA EXPRESS AMERICA CORPORATION; SEA SHIPPING LINE; SEE-SPED USA INC.; SHIPCO TRANSPORT INC.; STEVENS FORWARDERS; SUDDATH RELOCATION SERVICES; VANGUARD LOGISTICS; AND XPT LOGISTICS<br><br>   Defendants | **FILED *EX PARTE*<br>AND UNDER SEAL<br>PURSUANT TO<br>31 U.S.C. § 3730 (b)(2)** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Relator having filed a Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41 (a), Federal Rules of Civil Procedure (D.E. 13) and the United States having consented to dismissal without prejudice pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1) (D.E. 14), the Court rules as follows:

**IT IS ORDERED** that:

**This action is DISMISSED WITHOUT PREJUDICE to the United States of America and Relator Maersk Line, Ltd.**

**DONE AND ORDERED** in Chambers in the Southern District, Florida this ____ day of October, 2022.

                                                                        _____
                                                                        **DARRIN P. GAYLES**
                                                                        **UNITED STATES DISTRICT JUDGE**

Conformed Copy via email to Parties on attached Service List

## SERVICE LIST

*United States of America, ex rel. Maersk Line, Ltd.*
Case No.: 1:21-cv-23908-GAYLES
United States District Court, Southern District of Florida

| | |
|---|---|
| **James A. Weinkle**<br>**Assistant United States Attorney**<br>**Office of the United States Attorney**<br>**Southern District of Florida**<br>99 N.E. 4th Street, Third Floor<br>Miami, FL 33132<br>Email: James.Weinkle@usdoj.gov<br><br>*Counsel for the United States of America* | Danielle Rowan<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 261, Ben Franklin Station<br>Washington, DC 20044<br><br>Email: Danielle.M.Rowan@usdoj.gov<br><br>*Counsel for the United States of America* |
| **Nicole H. Sprinzen** (*pro hac vice* **forthcoming**)<br>**Thomas J. Ingalls** (*pro hac vice* **forthcoming**)<br>COZEN O'CONNOR<br>1200 19th Street NW, Suite 300<br>Washington, DC 20036<br>Telephone: (202) 471-3451<br>Facsimile: (202) 499-2941<br>Email: nsprinzen@cozen.com<br>Email: tingalls@cozen.com<br><br>*Counsel for Relator* | **Arielle S. Eisenberg (FL Bar No. 0111467)**<br>COZEN O'CONNOR<br>200 South Biscayne Blvd., Suite 3000<br>Miami, FL 33131<br>Telephone: (786) 871-3953<br>Facsimile: (786) 220-0472<br>Email:  aeisenberg@cozen.com<br><br>*Counsel for Relator* |